IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BUDDY D. GREEN                                                      PLAINTIFF

v.                              Case No. 11-6045

DETECTIVE ANGELA GRAYBEAL, *et al.*                                 DEFENDANTS

## ORDER

Now on this 12th day of October 2011, there comes on for consideration the report and recommendation filed herein on September 20, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (Doc. 12). The parties did not file any written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's case is DISMISSED WITH PREJUDICE as the claims are frivolous, asserted against individuals immune from suit or duplicative of those asserted in another pending case.  The dismissal of this case will constitute a strike, and the U.S. District Clerk is instructed to place a §1915(g) flag on the case.

IT IS SO ORDERED.

/s/  Robert  T.  Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)